✓#110  #129037

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 NOV -5 PM 2:43
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:   GESSLING, STACIA SUE          Case No. 09-35829

Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| FIA CARD SERVICES, NA/ BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | P.O. Box 248809 Oklahoma City, OK 73124-8809 | $1.12 |

Check for $1.12 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated:   11/3/10

Cc:
Office of the U.S. Trustee